AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-cr-00661 |
| --- | --- | --- |
| v. | ) | Assigned to: Judge Cooper, Christopher R. |
| JEFFREY M. YOUNG-BEY | ) | Assign Date: 11/9/2021 |
| | ) | Description: INDICTMENT (B) |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JEFFREY M. YOUNG-BEY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1349 (Conspiracy to Commit Mail Fraud)
18 U.S.C. § 1341 (Mail Fraud)
18 U.S.C. § 1957 (Expenditure Money Laundering)
18 U.S.C. § 1028A (Aggravated Identity Theft)

Date: _____

Robin M. Meriweather
2021.11.09 13:24:29 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/9/2021, and the person was arrested on *(date)* 11/22/2021
at *(city and state)* Silver Spring, MD

Date: 11/22/2021

*Arresting officer's signature*

LUCAS BAUERS Special Agent
*Printed name and title*