UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-661 (CKK) |
| | : | |
| **JEFFREY M. YOUNG-BEY** and | : | |
| **MARTINA YOLANDA JONES,** | : | |
| | : | |
| **Defendants** | : | |

# NOTICE OF FILING

The United States of America hereby submits this notice that the Government has provided the attached letter, together with the discovery described therein, to counsel for the defendants.

Respectfully submitted,

Matthew M. Graves
United States Attorney

By: /s/ Joshua S. Rothstein
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar Number 4453759
555 4th Street, N.W., Room 5828
Washington, D.C. 20530
Office: 202-252-7164
Joshua.Rothstein@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I certify that, by virtue of the Court's ECF system, a copy of the foregoing filing and exhibits were sent to defense counsel January 20, 2022.

                                            */s/ Joshua S. Rothstein*
                                            Joshua S. Rothstein
                                            Assistant United States Attorney