

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 20, 2022

| Counsel | Method of Delivery | Counsel For: |
|---|---|---|
| Danielle Courtney Jahn<br>Assistant Federal Public Defender<br>625 Indiana Ave, NW<br>Suite 500<br>Washington, DC 20004 | By USAFX | Jeffrey M. Young-Bey |
| Robert A. Feitel<br>1300 Pennsylvania Avenue NW<br>#1505<br>Washington, DC 20008 | By USAFX | Martina Yolanda Jones |

Re: <u>United States v. Young-Bey, et al.,</u>Crim. No. 21-cr-661 (CKK)
   **Discovery Production No. 1**

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find the government's First Discovery Production (FBI-CASEFILE-000000001-7788). This production, and all others, are covered by the Protective Orders entered by the Court on Court on December 6 and 14, 2021.

On December 27, 2021, the Government provided Grand Jury Exhibits 1-36 through USAFX. The original version of these documents is also contained within Discovery Production No. 1.

A log of this production will be provided in the next few weeks.

Because you have requested discovery in this matter, the United States hereby requests reciprocal discovery, including that the defendant produce all information and items countenanced by Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure; provide notice, consistent

with Rules 12.1, 12.2, and 12.3 of any of planned defenses; and disclose any intention to call an expert witness.

If you have any questions, please do not hesitate to contact us.

Sincerely,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: /s/ *Joshua S. Rothstein*
JOSHUA S. ROTHSTEIN
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7164
Email: Joshua.Rothstein@usdoj.gov