## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No. : 21-CR-661 (CKK) |
| **JEFFREY YOUNG-BEY,** | : | |
| **Defendant.** | : | |

## NOTICE OF CHANGE IN COUNSEL
## FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Elizabeth Mullin has assumed responsibility for the defense of Jeffrey Young-Bey in the above-captioned case. Mr. Young-Bey's case had previously been assigned to Assistant Federal Public Defender Dani Jahn.

Respectfully submitted,

_____/s/_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500