# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 21-CR-661 (CRC) |
| v. : | |
| : | |
| JEFFREY M. YOUNG-BEY and : | |
| MARTINA YOLANDA JONES, : | |
| : | |
| Defendants. : | |

## WAIVER OF SPEEDY TRIAL

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act with respect to the continuance of the status hearing from July 15, 2022, to July 28, 2022. I understand that the period of continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

Dated: July 12, 2022

_____
Defendant

/s/
_____
Glen Donath
DC Bar No. 460582
Joshua Berman
DC Bar No. 489751

Clifford Chance US LLP
2001 K Street NW
Washington, DC 20006
Tel: (202)-912-5000
glen.donath@cliffordchance.com
joshua.berman@cliffordchance.com
*Counsel for Jeffrey M. Young-Bey*