CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

JEFFREY M. YOUNG-BEY
MARTINA Y. JONES

Civil/Criminal No.: 21-661 (CKK)

### NOTE FROM JURY

Good afternoon

After further deliberation we are hopelessly deadlocked. Despite following literal directions given 2nd have yet to be able to move forward. We have reaffirmed our unanimous verdict on a number of counts, but remaining counts are deadlock. With no prospect for any movement.

Date: 2/12/24
Time: 1:50

FOREPERSON