Government ✓ ☐ ☐ ☐

Plaintiff

Defendant

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 100 | Bryant St. Grant Deed | 1-26-24 | 1-26-24 | Luregga | 2-6-24 |
| 101 | 12th St. Grant Deed | 1-26-24 | 1-26-24 | Conn | |
| 102 | Building Visitation Log: Nov 15, 2019 | 1-26-24 | 1-26-24 | Montgomery | |
| 103.1 | Clean Copy Check 1077 | 1-31-24 | 1-31-24 | McKenzie | |
| 103 | Stop Payment Check 1077 | 1-31-24 | 1-31-24 | McKenzie | |
| 104 | Building Visitation Log: Feb 18, 2020 | 1-26-24 | 1-26-24 | Luregga | |
| 105 | February 18, 2020 Finance and Treasury Receipt ($18,575.93) | 1-31-24 | 1-31-24 | McKenzie | |
| 106 | Video footage Feb 18, 2020 | | | | |
| 107 | February 18, 2020 OTR Receipt for Bank Card Use of $.01 | 1-31-24 | 1-31-24 | McKenzie | |
| 108 | February 18, 2020 Stop Payment Check 1106 | 1-31-24 | 1-31-24 | McKenzie | 2-6-24 |

Counsel for government has received the copies of exhibits back from the Court.

— Christopher Howland

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ☑
Plaintiff ☐
Defendant ☐

| | | | | | |
|---|---|---|---|---|---|
| 109 | February 18, 2020 Clean Copy Check 1106 | 1-31-24 | 1-31-24 | McKenzie | 2-6-24 |
| 110 | FP-7 164 Bryant Street Property | 1-26-24 | 1-26-24 | Conn | |
| 111 | FP-7 12th Street Property | 1-26-24 | 1-26-24 | Conn | |
| 200 | 164 Bryant Street Property HUD-1 Signed | 1-29-24 | 1-29-24 | Williams | 2-6-24 |
| 202 | Closing Disclosure and Loan Term Information 7712 12th Street | | | | |
| 203 | Young-Bey DC License from Brennan Closing April 17, 2020 | | | | |
| 205 | Fidelity Title Closing Docs 164 Bryant St | 1-29-24 | 1-29-24 | Hernandez | 2-6-24 |
| 206 | Fidelity Jones Driver's License Pic | 1-29-24 | 1-29-24 | Hernandez | 2-6-24 |
| 207 | Ratified Contract to Purchase 7712 12th Street | | | | |
| 208 | HUD-1 Settlement Statement 12th Street, March 18, 2020 | 1-29-24 | 1-29-24 | Williams | 2-6-24 |
| 209 | Construction Agreement Docs 12th Street Property | 1-30-24 | 1-30-24 | Balin | 2-6-24 |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ✓
Plaintiff
Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 210 | HUD-1 7712 12th Street Sale, April 2020. | 2-1-24 | 2-1-24 | Edwarth | 2-6-24 |
| 211 | Disbursement Statement 7712 12th Street, April 17, 2020 | | | | |
| 300 | FDMI BofA Account xx-5661 Statements (October 2018-May 2020) | 1-30-24 | 1-30-24 | Klemasewski | 2-6-24 |
| 301 | FDMI BofA Account xx-5661 Account Opening Signature Card | 1-30-24 | 1-30-24 | Klimasewski | |
| 302 | FDMI BofA Bryant Street Deed Recording Check 1077 for $19,154.98 | 1-30-24 | 1-30-24 | Klemasewski | |
| 303 | FDMI BofA Cashiers Check $23,817.84, January 27, 2020 to BMW | 1-30-24 | 1-30-24 | Klimasewski | |
| 304 | FDMI BofA BofA Check $1,399 to BMW | 1-30-24 | 1-30-24 | Klimasewski | |
| 305 | FDMI BofA 12th Street Deed Recording Check 1106, $18,575.92 | 1-30-24 | 1-30-24 | Klimasewski | |
| 306 | FDMI BofA Check 1091, $114,309.77 Check to BMW with Stop Payment | 1-30-24 | 1-30-24 | Klimasewski | |
| 307 | FDMI BofA Cashiers Check, $106,579.27 to BMW | 1-30-24 | 1-30-24 | Klimasewski | 2-6-24 |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ✓
Plaintiff
Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 311 | BofA Surveillance $25,000 deposit February 20, 2020 | 1-30-24 | 1-30-24 | Klimaseurski | 2-6-24 |
| 312 | BofA Surveillance $106,579.27 Cashier's Check March 25, 2020 | 1-30-24 | 1-30-24 | Klimaseurski | |
| 350 | 6165 MECU Account Signature Card and Opening Docs | 1-31-24 | 1-31-24 | Douglas | |
| 351 | 6165 MECU Account Statements | 1-31-24 | 1-31-24 | Douglas | |
| 352 | February 20, 2020 25,000 Check to FDMI | 1-31-24 | 1-31-24 | Douglas | |
| 353 | October 3, 2018 $7,000 Check to FDMI | 1-31-24 | 1-31-24 | Douglas | |
| 354 | August 1, 2018 $2,000 Check to FDMI | 1-31-24 | 1-31-24 | Douglas | |
| 355 | Wire Transfer MECU to FDMI | 1-31-24 | 1-31-24 | Douglas | |
| 400 | Google Subscriber Account Info - fdminvestors@gmail.com | 1-31-24 | 1-31-24 | Douglas | |
| 401 | Google Subscriber Account Info - 2017jmb21@gmail.com | 1-31-24 | 1-31-24 | Douglas | 2-6-24 |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ✓
Plaintiff ☐
Defendant ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 402 | Google Subscriber Account Info - martinaji600@gmail.com | 1-31-24 | 1-31-24 | Douglas | 2-6-24 |
| 500 | Hard Money Loan Application and Write Up 164 Bryant St. | | | | |
| 501 | Hard Money Letter of Intent--Bryant St. | 1-29-24 | 1-29-24 | Belin | 2-6-24 |
| 502 | Hard Money Loan Terms 164 Bryant Street | | | | |
| 503 | PayPal $400 from Martina Jones to HMB for Appraisal | 1-29-24 | 1-29-24 | Belin | 2-6-24 |
| 507 | RBL Ventures and FD Purchase Agreement March 31, 2020 | | | | |
| 508 | RBL Ventures and Settles/Argerson Assignment (4/2/20) | 1-31-24 | 1-31-24 | Settles | 2-6-24 |
| 509 | 12th St Disbursement Statement #2 (4/17/20) | | | | |
| 510 | Hard Money Bankers Loan Application 12th Street | | | | |
| 511 | Hard Money Bankers Letter of Intent 12th Street | | | | |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ☑
Plaintiff
Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 600 | 2016 BMW Purchase Agreement and Docs January 27, 2020 page 14 only | 1-31-24 | 1-31-24 | Cohen | |
| | | 1-31-24 | 1-31-24 | McKenzie pg 14 only | 2-6-24 |
| 601 | 2020 BMW Purchase Agreement and Docs March 19, 2020 | 1-31-24 | 1-31-24 | Cohen | |
| 604 | BMW Surveillance Photo July 13, 2020 | 1-29-24 | 1-29-24 | Brown | 2-6-24 |
| 605 | BMW Surveillance Photo LP July 13, 2020 | | | | |
| 700 | FDM Articles of Incorporation Docs | 1-31-24 | 1-31-24 | Douglas | 2-6-24 |
| 701 | FDM Articles of Reinstatement (2/3/20) | 1-31-24 | 1-31-24 | Douglas | |
| 703 | Young-Bey DC Driver's License | 2-1-24 | 2-1-24 | Edlavitch | |
| 704 | Death Certificate: William Moore | 1-31-24 | 1-31-24 | Prell Alban Swiu | |
| 705 | Patricia Davis True Notary Affidavit | 1-31-24 | 1-31-24 | Davis | |
| 706 | Upper Level Articles of Organization and Reinstatement Docs | 1-31-24 | 1-31-24 | Douglas | 2-6-24 |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ☑
Plaintiff
Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 707 | Bankruptcy Applications Young-Bey | | | | |
| 708 | Superior Court JYB Motion to Release Account | 1-30-24 | 1-30-24 | Klimasewroski | 2-6-24 |
| 709 | Rubber Stamp Invoice from Nov 2019 | 1-30-24 | 1-30-24 | Regnier | |
| 710 | DC DMV Records for January 2020 BMW Purchase | 2-1-24 2-1-24 | 2-1-24 2-1-24 | Douglas Berry | |
| 711 | Photo and Map of 7712 12th Street | 1-29-24 | 1-29-24 | Gelani | |
| 712 | Photo and Map of 164 Bryant Street | 1-26-24 | 1-26-24 | Furapp | |
| 713 | AT&T Call Records of Defendant Young-Bey | 2-1-24 | 2-1-24 | Douglas | |
| 713.1 | Summary Chart: AT&T Call Records | 2-1-24 | 2-1-24 | Douglas | |
| 800 | HMB Emails/Text Messages | 1-29-24 | 1-29-24 | Balin | |
| 900 | 1.1.20 JYB to MJ wiring instructions and amount.pdf | 2-1-24 | 2-1-24 | Douglas | 2-6-24 |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ✓
Plaintiff
Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 901 | 1.1.20 JYB to MJ wiring instructions.pdf | 2-1-24 | 2-1-24 | Douglas | 2-6-24 |
| 902 | 1.2.20 JYB to MJ re insurance on 164 Bryant Street.pdf | | | | |
| 903 | 1.2.20 JYB to MJ requesting 5k wire transfer.pdf | | | | |
| 904 | 1.6.20 MJ Zelle to JYB 500.pdf | | | | |
| 905 | 1.7.20 Title Co to MJ and JYB re insurance on house loan.pdf | 2-1-24 | 2-1-24 | Douglas | 2-6-24 |
| 906 | 1.22.20 MJ to JYB Loan Payment Due.pdf | 2-1-24 | 2-1-24 | Douglas | 2-6-24 |
| 907 | 2.5.20 JYB discussing mail forwarding with MJ.pdf | | | | |
| 908 | 2.21.20 JYB to HMB agreeing to loan terms re 12th Street.pdf | 1-30-24 | 1-30-24 | Balin | 2-6-24 |
| 909 | 2.22.20 JYB to HMB with loan terms.pdf | 1-30-24 | 1-30-24 | Balin | / |
| 910 | 2.25.20 JYB to HMB scope of work 12th street.pdf | 1-30-24 | 1-30-24 | Balin | 2-6-24 |

United States of America

VS.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ✓

Plaintiff

Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 911 | 3.5.20 JYB to Title re liens and private investors.pdf | 1-29-24 | 1-29-24 | Williams | 2-6-24 |
| 912 | 3.6.20 JYB to MJ re 12th Street ReFi Docs.pdf | 1-29-24 | 1-29-24 | Williams | ⟋ |
| 913 | 3.17.20 Marvel to JYB re Closing on 12th Street.pdf | 1-29-24 | 1-29-24 | Williams | 2-6-24 |
| 914 | 4.5.20 Abbey Williams to JYB Email re deeds.pdf | | | | |
| 915 | 4.16.20 Email FDMI to Brennan re LLC.pdf | | | | |
| 916 | 10.4.19 MJ to JYB regarding Bankruptcy Filings.pdf | | | | |
| 917 | 10.15.19 Email from DROD Deeds for NE property.pdf | | | | |
| 918 | 11.4.19 Zelle MJ to JYB 950.pdf | | | | |
| 919 | 11.6.19 Bryant Street Blank Grant Deed JYB .pdf | 1-31-24 | 1-23-24 | Douglass | 2-6-24 |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ☑
Plaintiff ☐
Defendant ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 920 | 11.10.19 MJ to JYB Re MECU loan documents.pdf | 1-31-24 | 1-31-24 | Douglas | 2-6-24 |
| 921 | 11.13.19 JYB and RubberStamp Second Order.pdf | 1-30-24 | 1-30-24 | Regnier | |
| 922 | 11.13.19 JYB to JMB.Rubber Stamp.Seal Must be Raised.pdf | 1-30-24 | 1-30-24 | Regnier | |
| 923 | 11.17.19 JYB forwarding loan req to MJ for docs.pdf | 1-31-24 | 1-31-24 | Douglas | |
| 924 | 11.17.19 JYB submissions for No Doc Loan fake.pdf | 9-31-24 | 1-31-24 | Douglas | |
| 925 | 11.17.19 JYB to Infinity Financing.pdf | 1-31-24 | 1-31-24 | Douglas | |
| 926 | 11.18.19 JYB to HMB with LLC UI.BSI.pdf | 1-29-24 | 1-29-24 | Balin | |
| 927 | 11.18.19 JYB and Silver Hill Funding trying to loan Bryant St.pdf | 1-31-24 | 1-31-24 | Bryan | |
| 928 | 11.18.19 JYB email to Infinity Capitol Seeking Finance .pdf | 1-31-24 | 1-31-24 | Douglas | 2-6-24 |
| 929 | 11.18.19 JYB sending loan terms to MJ.pdf | | | | |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ✓
Plaintiff
Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 930 | 11.18.19 JYB to HMB re MJ and ULBS LLC.pdf | 1-29-24 | 1-29-24 | Balin | 2-6-24 |
| 931 | 11.18.19 JYB to MJ asking for Article of Organization.pdf | 1-29-24 | 1-29-24 | Douglas | 2-6-24 |
| 932 | 11.18.19 JYB to MJ filing for bankruptcy.pdf | | | | |
| 933 | 11.18.19 JYB to MJ re loan on 164 .pdf | 1-31-24 | 1-31-24 | Douglas | 2-6-24 |
| 934 | 11.18.19 JYB to MJ with Bankruptcy Filing on her behalf.pdf | | | | |
| 935 | 11.23.19 JYB to MJ 164 Bryant Transfer Confirmation in her name.pdf | 1-31-24 | 1-31-24 | Douglas | 2-6-24 |
| 936 | 12.6.19 HMB to JYB re loan intent and terms.pdf | 1-29-24 | 1-29-24 | Balin | |
| 937 | 12.8.19 JYB sends 400USD to MJ through BofA.pdf | 1-31-24 | 1-29-24 | Douglas | |
| 938 | 12.11.19 Email MJ to JYB with Inheritance Claim.pdf | 1-31-24 | 1-31-24 | Douglas | 2-6-24 |
| 939 | 12.11.19 Email re Wire Transfer MJ to JYB.pdf | | | | |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ☑
Plaintiff
Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 940 | 12.12.19 Chenault asking JYB names of tenants in Bryant St.pdf | 1-31-24 | 1-31-24 | Douglas | 2-6-24 |
| 941 | 12.12.19 Email chain with JYB.HMB.MJ.referencing MJ inheriting Property.pdf | 1-29-24 | 1-29-24 | Balin | 2-6-24 |
| 942 | 12.12.19 Emails JYB and MJ loan docs .pdf | | | | |
| 943 | 12.12.19 JYB to MJ alta settlement statement.pdf | 1-31-24 | 1-31-24 | Douglas | 2-6-24 |
| 944 | 12.12.19 JYB to MJ terms of loan.pdf | 2-1-24 | 2-1-24 | Douglas | |
| 945 | 12.13.19 JYB to MJ Docs to sign re 164.pdf | 2-1-24 | 2-1-24 | Douglas | |
| 946 | 12.13.19 MJ to JYB re Refinancing 164 Bryant Street.pdf | 2-1-24 | 2-1-24 | Douglas | |
| 947 | 12.13.19 MJ to JYB Refi Emails.pdf | 2-1-24 | 2-1-24 | Douglas | |
| 948 | 12.13.19 Universal Title email to JYB re Inherited property.pdf | 1-29-24 | 1-29-24 | Patterson | |
| 949 | 12.14.19 JYB instructions to escrow trying to get funds.pdf | 2-1-24 | 2-1-24 | Douglas | 2-6-24 |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ✓

Plaintiff

Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 950 | 12.20.19 HUD Form 164 Bryant. JYB to MJ.pdf | 2-1-24 | 2-1-24 | Douglas | 2-6-24 |
| 951 | 12.20.19 JYB to HMB re Rental lease on Bryant St.pdf | 1-29-24 | 1-29-24 | Belin | |
| 952 | 12.20.19 JYB to MJ with Closing Doc information.pdf | 2-1-24 | 2-1-24 | Douglas | |
| 953 | 12.26.19 HMB asking JYB and MJ for rental lease on 164.pdf | 1-29-24 | 1-29-24 | Belin | 2-6-24 |
| 954 | 12.26.19 Sending address in LA to MJ.pdf | | | | |
| 955 | 12.26.19 Tonita Williams to MJ re Closing.pdf | 1-29-24 | 1-29-24 | Williams | 2-6-24 |
| 956 | 12.27.19 JYB sends 200 USD to MJ in BofA.pdf | | | | |
| 957 | 12.30.19 Email with lease information for 164 Bryant St..pdf | 2-1-24 | 2-1-24 | Douglas | 2-6-24 |
| 958 | 12.30.19 JYB to HMB re 164 lease.pdf | 1-29-24 | 1-29-24 | Belin | |
| 959 | Google Subscriber Information FDMInvestors Account.pdf | 2-1-24 | 2-1-24 | Douglas | 2-6-24 |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ✓
Plaintiff
Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 960 | 12.17.19 JYB and Walnut St Finance.FWD to MJ.pdf | 1-31-24 | 1-31-24 | Douglas | 2-6-24 |
| 961 | 10.2.19 YB trying to access DCROD Website and Helpdesk.pdf | | | | |
| 962 | 1.3.20 Marvel to MJ re Tasks to Complete for Closing | 1-29-24 | 1-29-24 | Williams | 2-6-24 |
| 963 | 4.23.20 HMB to MJ reminding her of loan payments due | 1-30-24 | 1-30-24 | Belin | |
| 964 | 5.5.20 Marvel Sending MJ email re signatures | 1-29-24 | 1-29-24 | Williams | |
| 965 | 11.13.19 MJ to JYB re Universal Title ReFi Docs | 2-1-24 | 2-1-24 | Douglas | |
| 966 | 11.17.19 JYB to MJ regarding Walnut Creek Financing | 1-31-24 | 1-31-24 | Douglas | |
| 967 | 12.11.19 HMB to MJ et al re Inherited House | 2-1-24 / 1-29-24 | 2-1-24 / 1-29-24 | Douglas / Belin | 2-6-24 |
| 968 | 12.12.19 Universal to MJ more docs to complete for refi | | | | |
| 969 | 12.12.19 Universal to MJ re closing on Bryant and refi | | | | |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ✓
Plaintiff
Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 970 | 12.12.19 Universal Title e-mail to MJ re ReFi Closing | | | | |
| 971 | 12.13.19 Email JYB to MJ.Marvel re Certificate | | | | |
| 972 | 12.13.19 MJ to Universal re Completed Task.Docs for ReFi | | | | |
| 973 | 12.15.19 Marvel to MJ regarding ReFi of Bryant Street and Paperwork to complete | 1-29-24 | 1-29-24 | Williams | 2-6-24 |
| 974 | 12.26.19 Marvel to MJ Re Closing Docs to Complete | 1-29-24 | 1-29-24 | Williams | |
| 975 | 12.30.19 JYB email with Blank Lease | 2-1-24 | 2-1-24 | Douglas | |
| 976 | 12.30.19 JYB Rocket Lawyer Lease re 164 Bryant and ULBS | 2-1-24 | 2-1-24 | Douglas | |
| 977 | 12.30.19 MJ sending lease for 164 to HMB | 1-29-24 | 1-29-24 | Belin | |
| 978 | 12.31.19 Marvel to MJ re tasks to complete re closing | 1-29-24 | 1-29-24 | Williams | 2-6-24 |
| 1000 | Argerson, Dennis Argerson - 302.pdf | | | | |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ☑
Plaintiff ☐ ☐ ☐ ☐
Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1001 | Ayers, James Ayers - 302.pdf | | | | |
| 1002 | Balin, Jason 302.pdf | 1-30-24 | | Balin | |
| 1003 | Baine, Jason Baine - 302.pdf | | | | |
| 1004 | Brinkley, Bill - 302.pdf | | | | |
| 1005 | Chartier, Susan - 302.pdf | | | | |
| 1006 | Coyne, Marty - 302.pdf | | | | |
| 1007 | Davis, Prell - 302.pdf | | | | |
| 1008 | Edlavitch, David  302.pdf | | | | |
| 1009 | Edlavitch, David Edlavitch 302.pdf | | | | |
| 1010 | Hall, Tristian 7.13.20 surveillance at Flack Street.pdf | | | | |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ✓

Plaintiff

Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1011 | Hall, Tristian Seizure Warrant Affidavit .pdf Hernandez, Martha - 302 (2).pdf | | | | |
| 1012 | Hernandez, Martha - 302.pdf Jelani, Ann - 302.pdf | | | | |
| 1013 | Hernandez, Martha - 302.pdf | | | | |
| 1014 | Jelani, Ann - 302.pdf | | | | |
| 1015 | Jelani, Rashid – 302 (2).pdf | | | | |
| 1016 | Jelani, Rashid - 302.pdf | | | | |
| 1017 | Jones, Jason Jones - 302.pdf | | | | |
| 1018 | Jones, Martina - 302 (2).pdf | | | | |

Government ✓

Plaintiff

Defendant

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1019 | Jones, Martina - 302.pdf | | | | |
| 1020 | Karavagelis, Panayiota - 302.pdf | | | | |
| 1021 | Bryan Klimasewiski - 302 (4).pdf | | | | |
| 1022 | Bryan Klimasewiski - 302 (2).pdf | | | | |
| 1023 | Bryan Klimasewiski - 302 (5).pdf | | | | |
| 1024 | Bryan Klimasewiski – 302.pdf | | | | |
| 1025 | Bryan Klimasewiski - 302 (3).pdf | | | | |
| 1026 | Daniel Leichter – 302.pdf | | | | |
| 1027 | Levine, Richard - 302 (2).pdf | | | | |
| 1028 | Levine, Richard - FD302.pdf | | | | |

Civil/Criminal No. 21-CR-00661 (CKK)

United States of America

vs.

Jeffrey Young-Bey

Government ✓

Plaintiff

Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1029 | McKenzie, Donna e-mail chain.pdf | | | | |
| 1030 | Montgomery, Michael Memo.pdf | | | | |
| 1031 | Myerson, Brett - 302 (2).pdf | | | | |
| 1032 | Myerson, Brett - 302.pdf | | | | |
| 1033 | Obu, Emmanuel Obu - 302.pdf | | | | |
| 1034 | Proctor, Brenda - 302.pdf | | | | |
| 1035 | Rodriguez, Marco - 302.pdf | | | | |
| 1036 | Roebuck, Eugene Roebuck - 302.pdf | | | | |
| 1037 | San Juan, Reynaldo 302.pdf | | | | |
| 1038 | Courtney Schaefer - 302.pdf | | | | |

United States of America
_____

vs.
_____

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ✓
Plaintiff
Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1039 | Settles, John Settles - 302.pdf | | | | |
| 1040 | Singletary, Michelle - 302.pdf | | | | |
| 1041 | Stine, Chris - 302.pdf | | | | |
| 1042 | Sushner, Steven - 302.pdf | | | | |
| 1043 | Twiggs, Roosevelt - 302.pdf | | | | |
| 1044 | Wheeler, Kirk .pdf | | | | |
| 1045 | William Owens - 302.pdf | | | | |
| 1046 | Ida Williams - 302 (2).pdf | | | | |
| 1047 | Ida Williams - 302.pdf | | | | |
| 1048 | Ida_Williams_Interview_-_6.1.23.pdf | | | | |

United States of America

vs.

Jeffrey Young-Bey

Civil/Criminal No. 21-CR-00661 (CKK)

Government ✓
Plaintiff
Defendant

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1049 | Williams, Nina - 302.pdf | | | | |
| 1050 | Williams, Tonita - 302.pdf | | | | |
| 1051 | MPD Video of Rashid Jelani Police Report | | | | |
| 714.1 | Wireless Subscriber Info | 2-1-24 | 2-1-24 | Douglas | 2-6-24 |
| 716 | Connected investors website Mr. Young-Bey profile | 2-1-24 | 2-1-24 | Douglas | |
| 715 | office of Tax and Revenue Recorder of Deeds | 2-1-24 | 2-1-24 | Douglas | 2-6-24 |
| | | | | | |
| | | | | | |
| | | | | | |

UNITED STATES OF AMERICA

vs.

JEFFREY M. YOUNG-BEY and
MARTINA YOLANDA JONES

Civil/Criminal No. 21-cr-661 (CKK)

| | Government | Plaintiff | Defendant ✓ | Joint | Court |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 713.3 | Summary Chart: AT&T Call Records | | | | 2-6-24 |
| 713.4 | Summary Chart: AT&T Call Records | 2-1-24 | 2-1-24 | Douglas | |
| 713.5 | Summary Chart: AT&T Call Records | | | | |
| 2000 | DCROD Video | | | | |
| 2001 | Fire Report - 12th Street | | | | |
| 2002 | 2023 Sales Transaction Records - 12th Street | | | | |
| 2003 | Photos and Market Survey - 7712 12th Street | | | | |
| 2004 | Assignment Records - 12th Street | | | | |
| 2005 | Tenant Lease - 164 Bryant Street | | | | |
| 2006 | Photos - 12th Street | | | | |
| 2007 | Photos and Market Survey - 164 Bryant Street | | | | |

Defense counsel for Mr. Young-Bey received these back on 12 Feb 2024.

– David Lutfag David W. Harris

UNITED STATES OF AMERICA

vs.

JEFFREY M. YOUNG-BEY and
MARTINA YOLANDA JONES

Civil/Criminal No. ___21-cr-661 (CKK)___

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2008 | Photos - 1050 Connecticut Avenue | | | | |
| 2010 | 12.13.19 Emails MYJ to JYB - 164 Bryant | | | | |
| 2011 | Voicemail - Received by Jason Balin | | | | |
| 2012 | 12.20.19 Emails Request – 164 Bryant Lease | | | | |
| 2013 | 12.27.19 MYJ Fidelity Title Documents | | | | |
| 2014 | Work Estimate - 12th Street | | | | |
| 2015 | FDM Office Lease | | | | |
| 2018 | 11.13.19 FDM/JYB Email Regarding Stamps | | | | |
| 2019 | 12.31.19 FDM/JYB Email Regarding 164 Bryant | | | | |
| 2021 | Photos - JYB, Lowery, Thomas-Bey | | | | |
| 2022 | 12.31.19 Emails from MYJ to Balin re 164 Bryant Lease | | | | |

2

UNITED STATES OF AMERICA

VS.

JEFFREY M. YOUNG-BEY and
MARTINA YOLANDA JONES

Civil/Criminal No.   21-cr-661 (CKK)

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2023 | Legal Stuff - Hard Money Bankers | | | | |
| 2024 | FAQ's - Hard Money Bankers | | | | |
| 2025 | The Lending Process - Hard Money Bankers | | | | |
| 2026 | Virtual Office Service Agreement | | | | |
| 2027 | Photo of Riyad Jelani | 1-29-24 | 1-29-24 | Jelani | 2-6-24 |
| 2028 | FBI Arrest Warrant[1] | 2-1-24 | | Douglas | |
| 2029 | FP-7 12th Street[2] | | | | |
| 2030 | Federal Grand Jury Subpoena AT&T[3] | 2-2-24 | 2-2-24 | Davis-El | 2-6-24 |

2021.2  Photo

[1] Defendant Young-Bey does not intend to use this exhibit unless necessary to refresh recollection. We have included it in the spirit of over inclusiveness.
[2] Defendant Young-Bey does not intend to use this exhibit unless necessary to refresh recollection. We have included it in the spirit of over inclusiveness.
[3] Defendant Young-Bey does not intend to use this exhibit unless necessary to refresh recollection. We have included it in the spirit of over inclusiveness.

3

UNITED STATES

VS.

MARTINA JONES

Civil/Criminal No. 21 CR. 661 (CKK)

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 100 | MECHANICS LIEN SUIT; YOUNG BEY V. JONES | X | X | JUDICIAL NOTICE; USED WITH DEF WITNESS AMANI HITE | 2-6-24 |
| 102A | PHOTOGRAPH 461 MARX AVENUE; COMPOSITE BALTIMORE, MD | | | AMANI HITE | |
| 102B | PHOTOGRAPH 461 MARX AVENUE; LIVING ROOM | X | X | AMANI HITE | 2-6-24 |
| 102C | PHOTOGRAPH 461 MARX AVENUE; DINING ROOM AND KITCHEN | X | X | AMANI HITE | |
| 102D | PHOTOGRAPH; MARX AVENUE; BATHROOM | X | X | AMANI HITE | |
| 102E | PHOTOGRAPH; MARX AVENUE; SMALL BEDROOM | X | X | AMANI HITE | |
| 102F | PHOTOGRAPH; MARX AVENUE; STAIRCASE LEADING TO TOP FLOOR | X | X | AMANI HITE | 2-6-24 |
| 210 | LETTER DATED 12/20/2019; JYB TO MJ RE: SECURITIES OFFER | | | | |
| 212 | EMAIL JYB TO TONITA WILLIAMS DATED 12/23/2019 | X | | TONITA WILLIAMS | |
| | | | | | |

Received: 2/12/2024 : [signature]